UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04cr3026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON REQUEST FOR HEARING |
| vs. | ) | ON RULE 35(b) MOTION |
| | ) | |
| MICHAEL POJAR, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America has orally requested during a telephone conference a hearing on its previously filed Rule 35(b) Motion.

IT IS ORDERED that:

1. the oral Request for Hearing on Rule 35(b) Motion, filing 23, is granted;

2. the hearing will be held on June 26, 2006, at 10:00 a.m. in Courtroom 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. the defendant has filed his Waiver of Personal Appearance, filing 25, indicating that he wants to participate at the hearing by telephone; and

4. defense counsel shall make arrangements with the facility housing the defendant and provide to chambers on or before June 23, 2006, the telephone number where the defendant can be reached at the time of the hearing.

Dated June 7, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge